FILED
JUN 1 6 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY J. PARROTT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) 4:21CR368 SEP/DDN<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this Indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the anus, genitals or pubic area of any person

   (18 U.S.C. § 2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage

facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C. § 2256(6)).

2.  The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3.  Between on or about April 21, 2021 and April 27, 2021, within the Eastern District of Missouri and elsewhere,

**BARRY J. PARROTT,**

the defendant herein, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice and coerce a minor under the age of eighteen, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, communicated via the internet with an undercover law enforcement office masquerading as a fifteen-year old minor, and the defendant, believing he was communicating with a fifteen-year old minor, did attempt to persuade, induce, entice and coerce such minor, to engage in sexual activity, in violation of Missouri Revised Statutes Sections 566.034 (statutory rape in the second degree), 566.064 (statutory sodomy in the first degree) and 566.068 (child molestation in the second degree),

in violation of Title 18 United States Code Section 2422(b).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b) as set forth in Count I of the Indictment, the defendant shall forfeit to the United States of America: any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, from such

offense, and any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

2. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney