UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   4:21 CR 368 SEP DDN |
| | ) |
| BARRY J. PARROTT, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S
MOTION FOR LEAVE TO WITHDRAWAL
ITS MOTION FOR DETENTION OF DEFENDANT**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and hereby respectfully requests leave from this Court to withdraw its motion for pretrial detention previously filed by the United States on June 16, 2021, with the Indictment.

In the alternative to detention, the United States respectfully requests that this Court establish a bond sufficient to secure defendant's appearance and diminish any risk the defendant may be to the community.

Respectfully Submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jillian Anderson*
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, the foregoing was filed electronically with the Clerk of the Court and counsel of record.

*/s/ Jillian Anderson*
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney